**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH FRANCESKI AND BERNADETTE FRANCESKI, ADMINISTRATRIX OF THE ESTATE OF MICHAEL FRANCESKI,

Petitioners

v.

LINDE CORPORATION AND RAIL-TRAIL COUNCIL OF NORTHEASTERN PENNSYLVANIA, INC.,

Respondents

: No. 13 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.